IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN VALENTIN** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 24-CV-0629 |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRIES,** | : : : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 26th day of July, 2024, upon consideration of Plaintiff Jonathan Valentin's Second Amended Complaint, (ECF No. 28), *motion to proceed in forma pauperis*, (ECF No. 24, 27), and *motions to file "evidence packages,* (ECF Nos. 29, 30), it is hereby **ORDERED** that:

1. Valentin's Motions to file "evidence packages" (ECF Nos. 29, 30) are **GRANTED**.

2. Valentin's Motions to Proceed *In Forma Pauperis* (ECF Nos. 24, 27) are **DENIED, as moot,** as the Court has already granted him this relief.

3. The Second Amended Complaint is **DISMISSED, with prejudice,** for the reasons set forth in the accompanying Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*